**Anne C. Beles**
**CA State Bar No. 200276**
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> vs. <br> HENRY WILLIAMS, <br> *Defendant.* | No.  CR-08-0589 DLJ <br> CR-09-0078 DLJ <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> DATE:  May 15, 2009 <br><br> TIME:   10:00 a.m. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Wade Rhyne, United States Attorney, counsel for the United States of America, and Anne C. Beles, Esq. counsel for defendant Henry Williams, that the sentencing in the above-captioned matters currently scheduled for, May 15, 2009, at the hour of 10:00 a.m., be vacated and continued to  Friday, June 26th, 2009 at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1.  Defense counsel could not accommodate a probation interview until April 8, 2009. Therefore, a report could not be generated nor reviewed within the standard time line.

2.  The defendant is incarcerated and does not object to the continuance sought herein.

- 1 -

3.  Defense counsel has spoken the United States Attorney, Wade Rhyne and he has no objection to this continuance.

4.  Denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the judgement and sentence filed herein.

**Dated** this 9th day of April 2009.

/s/ Anne C. Beles                                    /s/ Wade Rhyne

Anne C. Beles, ESQ.                                  Wade Rhyne
Counsel for defendant Henry Williams                 United States Attorney

## ORDER

**IT IS THEREFORE ORDERED** that the sentencing hearing, currently scheduled for May 15th, 2009 at 10:00 a.m., be vacated and continued to **Friday, June 26, 2009** at **10:00 a.m**. in Courtroom 1.

**Date:  4/20/09**                                             _____

                                                                          D. Lowell Jensen
                                                                          United States District Judge